1 | Law Office of Marvin Gros
807 Railroad Avenue
2 | P.O. Box 1040
Donaldsonville, LA 70346
3 | Telephone: 225-473-7868
Facsimile: 225-473-1266
4
*Attorneys for Plaintiffs*
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 3:06-cv-00230-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Cafray Richard and Janet Richard,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc,<br><br>Defendant. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, Cafray Richard and Janet Richard, in the above-entitled action and the Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named therein with each side bearing its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: 9/3, 2010     By: _____
**LAW OFFICE OF MARVIN GROS**
807 Railroad Avenue
P.O. Box 1040
Donaldsonville, LA 70346
Telephone: 225-473-7868
Facsimile: 225-473-1266

*Attorneys for Plaintiffs*

DATED: Oct. 5, 2010     By: _____
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendant's Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/14/2010     _____
Hon. Charles R. Breyer
United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**